STATE EX REL. CARBAGE, Petitioner, V. MILWAUKEE
    COUNTY CIRCUIT COURT, HON. VICTOR MANIAN,
    Respondent.

*Decided February 27, 1976.*
(Also reported in 238 N. W. 2d 721.)

For the petitioner: *Dominic S. Amato* of Milwaukee.
For the respondent: *E. Michael McCann*, district attor-
ney of Milwaukee, and *Lee Wells*, deputy district attor-
ney.

PER CURIAM.   The petitioner herein seeks, by means
of a writ of prohibition, dismissal of charges pending
against him in the respondent court on the ground that
his preliminary examination was conducted by a judicial
court commissioner.   In *State ex rel. Perry v. Wolke,*
ante, p. 100, 237 N. W. 2d 678, this court decided that
a judicial court commissioner did not have authority to
conduct a preliminary examination.   This decision was
specifically held to be prospective only.
    The petitioner contends that: (1) prior to the decision
in the *Perry Case* he had filed a motion to dismiss the

proceedings against him because his preliminary examination had been before a judicial court commissioner; (2) the respondent had not ruled on the motion prior to this court's decision in the *Perry Case;* and (3) the petitioner had sought a writ of prohibition in this court prior to the *Perry* decision.

We find none of these reasons as justifying the application of the *Perry* decision to the petitioner. The opinion in *Perry* specifically discussed the retroactivity question, and we concluded that the decision should not be applied to any person whose preliminary examination had been held prior to the *Perry* decision, even though he had filed prior to *Perry* an objection to his preliminary examination on the ground alleged in *Perry* and whether the court had not ruled on the motion prior to *Perry.* The fact that the petitioner had also sought a writ of prohibition in this court prior to the *Perry* decision similarly does not change the application of *Perry* to him.

For the above reasons, the court refuses to sign the order to show cause why the petition requested herein should not be granted.